UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CONSTRUCTORA MI CASITA, S de R.L. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> NIBCO, INC., <br><br> Defendant. | CASE NO. 3:16-cv-565-JVB-MGG <br><br> JURY TRIAL DEMANDED |

**STIPULATION IN CONNECTION WITH PROPOSED ORDER TO EXTEND DEADLINES SET FORTH IN THE NOVEMBER 28, 2017 SCHEDULING ORDER AND MEMORANDUM OF STATUS CONFERENCE**

Plaintiff Constructora Mi Casita, S de R.L. de C.V. and Defendant NIBCO, Inc. stipulate as follows:

1. The dates set forth in the Court's November 28, 2017 Scheduling Order and Memorandum of Status Conference are modified (by extending approximately 60 days) as follows:

| Action | Deadline in November 28, 2017 Scheduling Order and Memorandum of Status Conference | Requested Modified Deadline |
|---|---|---|
| Completion of All Discovery | December 31, 2018 | March 1, 2019 |
| Plaintiff's Expert Reports | September 24, 2018 | November 21, 2018 |
| Defendant's Expert Reports | November 24, 2018 | January 23, 2019 |

2. The parties agree that the remaining provisions of the November 28, 2017 Scheduling Order and Memorandum of Status Conference, shall be incorporated in and unchanged in the modified order.

It is so stipulated.

| BOCHETTO & LENTZ, P.C. | PRETZEL & STOUFFER, CHARTED |
|---|---|
| BY: s/ Bryan R. Lentz<br>Bryan R. Lentz, Esq.<br>Pa. Bar No. 71383<br>1524 Locust Street<br>Philadelphia, PA 19102<br>Ph: (215) 735-3900<br>Email: blentz@bochettoandlentz.com<br>Attorneys for Plaintiff | BY: s/ Michael P. Turiello<br>Michael P. Turiello, Esq.<br>IL Bar No. 6238272<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606<br>Ph: (312) 578-7507<br>mturiello@pretzel-stouffer.com<br>Attorneys for Defendant |