UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CONSTRUCTORA MI CASITA, | ) | |
| S de R.L. DE C.V., | ) | |
| Plaintiff, | ) | Case No. 16-cv-00565 |
| | ) | |
| vs. | ) | |
| NIBCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT NIBCO, INC.'S MOTION TO EXCLUDE
## THE OPINIONS, TESTIMONY AND REPORT OF FRANK GALLAGHER

Defendant, NIBCO, Inc., by and through counsel of record, hereby respectfully moves this Court to Exclude the Opinions, Testimony and Report of plaintiff's expert witness, Frank Gallagher, because they fail to meet the necessary requirements for admission pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 589 (1993) and Federal Rule of Evidence 702. This Motion is being accompanied by a supporting Memorandum.

**Dated: May 30, 2019**

Respectfully submitted,

*/s/ Michael P. Turiello*
IL Bar No.: 6238272
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 578-7507
Email: mturiello@pretzel-stouffer.com
Attorney for Defendant, NIBCO INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that NIBCO's Motion to Exclude the Opinions, Testimony and Report of Frank Gallagher, was filed this 30th day of October 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Mr. Sean T. Devenney
**Drewry Simmons Vomehm, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
Ph: (317) 580-4848
Fax: (317) 580-4855
sdevenney@dsvlaw .com


Pro Hac Vice Admission to be filed.
Mr. Gavin P. Lentz
Mr. Bryan R. Lentz
Mr. Albert M. Belmont, III
**Bochetto & Lentz, P.C.**
1524 Locust Street
Philadelphia, P A 19102
Ph: (215) 735-3900
glentz@bochettoandlentz.com
blentz@bochettoandlentz.com
abelmont@bochettoandlentz.com

Attorneys for Plaintiff,
Constructora Mi Casita, S de R.I. de C.V.


PRETZEL & STOUFFER, CHARTERED

*/s/ Michael P. Turiello*
IL Bar No.: 6238272
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 578-7507
Email: mturiello@pretzel-stouffer.com
Attorney for Defendant, NIBCO INC.